UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, ) | |
| ) | |
|     Petitioner, ) | Case No. CV 09-7564-MMM(AJW) |
| ) | |
|   v. ) | |
| ) | JUDGMENT |
| F.B. HAWS, Warden, ) | |
| ) | |
|     Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: April 28, 2010

_____
Margaret M. Morrow
United States District Judge